BLECHER & COLLINS
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>CATHOLIC HEALTHCARE WEST, a California Not-For-Profit Corporation, dba MERCY HOSPITAL; GOLDEN EMPIRE MANAGEMENT CARE, A MEDICAL GROUP, INC., a California Corporation; and MANAGED CARE SYSTEMS, LP,<br><br>          Defendants. | CASE NO. CV 09-02192 MMC<br><br>[PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT<br><br>AND DIRECTIONS TO DEFENDANTS |

| | |
|---|---|
| 1 | Pursuant to the parties' stipulation, and good cause appearing thereon, |
| 2 | IT IS HEREBY ORDERED that: |
| 3 | Plaintiff shall file its opposition to Defendants' Motions to Dismiss by |
| 4 | September 4, 2009; |
| 5 | Defendants shall file replies by September 18, 2009; |
| 6 | The hearing on Defendants' Motions to Dismiss Plaintiff's Complaint shall |
| 7 | be set for October 2, 2009 at 9:00 a.m. |
| 8 | IT IS FURTHER ORDERED that each defendant shall provide a chambers copy of its motion to dismiss to the undersigned no later than August 18, 2009. |
| 10 | Dated: August 14, 2009 |
| 11 | _____ Hon. Maxine M. Chesney |