# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHOLIC HEALTHCARE WEST, a California Not-For-Profit corporation dba MERCY HOSPITAL; GOLDEN EMPIRE MANAGEMENT CARE, A MEDICAL GROUP, INC., a California corporation; and MANAGED CARE SYSTEMS, LP,<br><br>Defendants. | Case No.: CV 09 2192 ~~JL~~ MMC<br><br>Complaint Filed: May 19, 2009<br><br>~~[PROPOSED]~~ ORDER RE COMPLIANCE WITH ADR REQUIREMENTS<br>[Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)] |

## ORDER

It is ordered, based upon the Recitals and Stipulation concurrently filed herewith, that the parties shall ~~have thirty (30) days after this Court has made a determination that a~~ file a Stipulation to ADR Process no later than August 28, 2009. The parties may request therein ~~Complaint in an acceptable form is present in this case, or for the time for Defendants to challenge~~ that the deadline to complete the ADR session be extended beyond the 90-day deadline set forth in ~~the Complaint has run, to file a document indicating their selection of ADR.~~ ADR Local Rule 3-6.

IT IS SO ORDERED.

DATED: August 18, 2009

_____
District Judge, Northern District of California

650192.1

Order Re Compliance With ADR Requirements