IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>CATHOLIC HEALTHCARE WEST, et al.,<br><br>    Defendants / | No. C-09-2192 MMC<br><br>**SECOND ORDER DIRECTING DEFENDANTS GOLDEN EMPIRE MANAGEMENT CARE AND MANAGED CARE SYSTEMS, LP TO PROVIDE CHAMBERS COPY OF MOTION TO DISMISS** |

By order filed August 14, 2009, the Court directed each defendant to provide, no later than August 18, 2009, a chambers copy of its motion to dismiss. Although defendant Catholic Healthcare West timely provided a chambers copy of its motion to dismiss, defendants Golden Empire Management Care and Managed Care Systems, LP, have failed to provide a chambers copy of their motion to dismiss.

Golden Empire Management Care and Managed Care Systems, LP, are hereby ORDERED to provide such chambers copy no later than August 31, 2009.

Parties are expected to comply with court orders without repeated reminders. Accordingly, Golden Empire Management Care and Managed Care Systems, LP are hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 27, 2009

                                              MAXINE M. CHESNEY
                                              United States District Judge