IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLONIAL MEDICAL GROUP, INC.,

    Plaintiff,

  v.

CATHOLIC HEALTHCARE WEST, et al.,

    Defendants

                                   /

No. C-09-2192 MMC

**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANTS' MOTIONS TO DISMISS**

      By order filed September 28, 2009, the Court granted in part and deferred in part ruling on defendants' motions to dismiss plaintiff's initial complaint. Specifically, the Court dismissed Counts One and Two, with leave to amend, and deferred ruling on the motions to the extent the motions sought dismissal of Counts Three, Four, and Five.

      On October 22, 2009, plaintiff filed a First Amended Complaint. "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

      Accordingly, to the extent the motions seek dismissal of Counts Three, Four, and Five of the initial complaint, the motions are hereby DENIED.

      **IT IS SO ORDERED.**

Dated: October 23, 2009

                                                  MAXINE M. CHESNEY
                                                  United States District Judge