|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| COLONIAL MEDICAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHOLIC HEALTHCARE WEST, a California Not-For-Profit corporation dba MERCY HOSPITAL; GOLDEN EMPIRE MANAGEMENT CARE, A MEDICAL GROUP, INC., a California corporation; and MANAGED CARE SYSTEMS, LP,<br><br>Defendants. | Case No.: CV 09 2192 MMC<br><br>Complaint Filed: May 19, 2009<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED REQUIREMENTS, PURSUANT TO LOCAL RULE 16-2** |

**[Proposed] Order Granting Stipulation To Extend Deadline for Defendants to Respond to Summons and Complaint (Case No. CV 09 2192 MMC)**

300034266.1

# ~~PROPOSED~~ ORDER

Pursuant to the parties' stipulation, and good cause appearing thereon, IT IS HEREBY ORDERED that the Case Management Conference shall be continued ~~for 60 days from its current date of January 8, 2010, or~~ until March 5, 2010, with all other requirements of Local Rule 16-2 to be met timely with regard to the continued date.

IT IS SO ORDERED.

Dated: December  21 , 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

300034266.1

2
[Proposed] Order Granting Stipulation To Extend Deadline for Defendants
to Respond to Summons and Complaint (Case No. CV 09 2192 MMC)