IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., | No. C-09-2192 MMC |
| Plaintiff, | **ORDER VACATING JANUARY 29, 2010 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| CATHOLIC HEALTHCARE WEST, et al., | |
| Defendants / | |

Before the Court are two motions: (1) defendant Catholic Healthcare West dba Mercy Hospital's ("Mercy Hospital") Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), filed November 19, 009; and (2) defendants Golden Empire Management Care and Managed Care Systems, LP's (collectively "GEMCare") Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), filed November 19, 2009. Plaintiff Colonial Medical Group has filed a single opposition, to which Mercy Hospital and GEMCare have separately replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court hereby deems the matters suitable for decision on the parties' respective submissions, VACATES the hearing scheduled for January 29, 2010.

**IT IS SO ORDERED.**

Dated: January 26, 2010



MAXINE M. CHESNEY
United States District Judge