# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>CATHOLIC HEALTHCARE WEST, a California Not-For-Profit corporation dba MERCY HOSPITAL; GOLDEN EMPIRE MANAGEMENT CARE, A MEDICAL GROUP, INC., a California corporation; and MANAGED CARE SYSTEMS, LP,<br><br>  Defendants. | Case No.: CV 09 2192 MMC<br><br>Complaint Filed: May 19, 2009<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED REQUIREMENTS, PURSUANT TO LOCAL RULE 16-2** |

# ~~PROPOSED~~ ORDER

Pursuant to the parties' stipulation, and good cause appearing thereon, IT IS HEREBY ORDERED that the Case Management Conference shall be continued to May 7, 2010, with all other requirements of Local Rule 16-2 to be met timely with regards to the continued date.

IT IS SO ORDERED.

Dated: __March 1__, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge