SILVER & FIELD
LAWRENCE SILVER (SBN 68604)
2990 S. Sepulveda Boulevard, Suite 312
Los Angeles, CA 90064-3996
E-Mail: Lsilver@Silver-Field.com
Telephone: (310) 477-7640
Facsimile: (310) 477-6460

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (SBN 26202)
COURTNEY A. PALKO (SBN 233822)
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Email: mblecher@blechercollins.com
Email: cpalko@blechercollins.com
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff COLONIAL MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California Not-For-Profit Corporation, dba MERCY HOSPITAL; GOLDEN EMPIRE MANAGED CARE, A MEDICAL GROUP, INC., a California Corporation; and MANAGED CARE SYSTEMS, LP,<br><br>Defendants. | CASE NO. CV 09-2192 MMC<br><br>[PROPOSED] ORDER DISMISSING FIRST AND SECOND COUNTS, AND DISMISSING, WITHOUT PREJUDICE, PLAINTIFF'S COUNTS THREE, FOUR AND FIVE |

IT IS HEREBY ORDERED:

Upon the Court's Order of May 25, 2010, and upon plaintiff's response, this Court orders:

1. The First and Second Counts of the Complaint are hereby ~~dismissed;~~ dismissed, with prejudice;

1    2.  Plaintiff's Counts Three, Four and Five are dismissed, without
2 prejudice; and
3    3.  Defendants shall have judgment consistent with this Order.
4
5 Dated: __June 21_____, 2010
6
7 
8 HONORABLE MAXINE M. CHESNEY
  UNITED STATES DISTRICT JUDGE