IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., a California corporation, | No. CV-09-2192 MMC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| CATHOLIC HEALTHCARE WEST, a California Not-For-Profit Corporation, dba MERCY HOSPITAL; GOLDEN EMPIRE MANAGED CARE, A MEDICAL GROUP, INC., a California Corporation; and MANAGED CARE SYSTEMS, LP, | |
| Defendants. / | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. The First and Second Counts of the Complaint are hereby dismissed with prejudice;

2. Plaintiff's counts Three, Four and Five are dismissed, without prejudice.

Dated: June 22, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk