UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLONIAL MEDICAL GROUP, INC., a California corporation,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>CATHOLIC HEALTH CARE WEST, a California not-for-profit corporation, DBA Mercy Hospital; et al.,<br><br>        Defendants - Appellees. | No. 10-16490<br><br>D.C. No. 3:09-cv-02192-MMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered July 22, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to the appellee, Catholic Healthcare West, in the amount of $94.30. Cost awarded to appellees, Golden Empire Managed Care and Managed Care Systems LP, in the amount of 28.80.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Lee-Ann Collins
                                              Deputy Clerk